## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: William F. Schrul                          CHAPTER 13

                  Debtor(s)            BKY. NO. 20-11372 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

Respectfully submitted,
**/s/ Rebecca A. Solarz Esquire**
Rebecca A Solarz, Esquire
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322