re: William Schrul
Chapter 13 case # 2011372

Certificate Number: 12433-PAE-DE-034293418

Bankruptcy Case Number: 20-11372



12433-PAE-DE-034293418

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 30, 2020, at 7:57 o'clock PM EDT, William F. Schrul completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 30, 2020         By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher