United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                     Case No. 20-11372-mdc

William F Schrul                                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                 User: admin                                             Page 1 of 3

Date Rcvd: Feb 17, 2021                           Form ID: 155                                      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William F Schrul, 209 Cuthbert Street #305, Philadelphia, PA 19106-4531 |
| 14477656 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 14495933 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14502184 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14501889 | + | Goldman Sachs Bank USA, c/o John D. Sadler, 1909 K Street NW, 12th Floor, Washington, DC 20006-1152 |
| 14477660 | + | Gs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 14477661 | + | HCS, P.O. Box 603555, Charlotte, NC 28260-3555 |
| 14501888 | + | John D. Sadler, 1909 K Street NW, 12th Floor, Washington 20006-1152 |
| 14477662 | + | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 14485990 | + | M&T Bank, CO Rebecca Ann Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14477670 | + | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14477658 | | Email/Text: megan.harper@phila.gov | | |
| | | | Feb 18 2021 04:02:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14477657 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | Feb 18 2021 03:37:52 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14502184 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Feb 18 2021 03:48:57 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14477659 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Feb 18 2021 04:01:00 | Comenitybank/westelm, Po Box 182789, Columbus, OH 43218-2789 |
| 14501775 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Feb 18 2021 04:02:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14499687 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 18 2021 03:38:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14498151 | | Email/Text: camanagement@mtb.com | | |
| | | | Feb 18 2021 04:01:00 | M&T Bank, PO BOX 840, Buffalo, NY 14240 |
| 14497950 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 18 2021 03:42:54 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14481945 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Feb 18 2021 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14500352 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Feb 18 2021 04:01:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14477663 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Feb 18 2021 02:31:45 | Syncb/amazon Plcc, Po Box 965015, Orlando, FL 32896-5015 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Feb 17, 2021 | Form ID: 155 | Total Noticed: 29

| 14477664 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 18 2021 02:31:45 | Syncb/care Credit, C/o PO Box 965036, Orlando, FL 32896-0001 |
| 14477665 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 18 2021 02:31:46 | Syncb/crate&barrel, Po Box 965022, Orlando, FL 32896-5022 |
| 14477666 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 18 2021 02:31:46 | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14477667 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 18 2021 02:31:46 | Syncb/jc Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14477668 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 18 2021 02:31:45 | Syncb/musicians Friend, C/o PO Box 965036, Orlando, FL 32896-0001 |
| 14477669 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 18 2021 02:31:46 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 14502034 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Feb 18 2021 02:31:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14477670 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Feb 18 2021 03:44:48 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14477671 | Email/Text: bknotice@upgrade.com | | |
| | | Feb 18 2021 04:00:00 | Upgrade Inc, 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| DAVID M. OFFEN | on behalf of Debtor William F Schrul dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

District/off: 0313-2                              User: admin                                   Page 3 of 3
Date Rcvd: Feb 17, 2021                          Form ID: 155                              Total Noticed: 29

WILLIAM C. MILLER, Esq.
                          ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 5

### *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: William F Schrul

              Debtor(s)

Chapter: 13

Bankruptcy No: 20−11372−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this November 19, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                         Magdeline D. Coleman
                         Chief Judge ,
                         United States Bankruptcy Court