IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
|  | : |  |
| William F Schrul | : | No.  20-11372-mdc |
| **Debtor** | : |  |

CERTIFICATION OF NO RESPONSE TO
MOTION TO APPROVE LOAN MODIFICATION

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Approve Loan Modification and respectfully request that the Order attached to the Motion be approved.

**Dated:** 06/09/2023

/s/  David M. Offen
**Attorney for Debtor**
**Suite 160 West, Curtis Ctr.**
**601 Walnut Street**
Philadelphia, PA  19106
215-625-9600