IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| William F. Schrul | : | NO.  20-11372-mdc |
| | : | |

## ORDER

AND NOW, upon consideration of the Motion to Approve the loan modification, it is hereby Ordered and Decreed that the Motion is approved and M&T Bank can proceed with the loan modification on the property located at 205-15 Cuthbert Street #305 Philadelphia, PA 19105.

June 20th, 2023
_____            _____
Date                                          HONORABLE MAGDELINE D. COLEMAN
                                              CHIEF UNITED STATES BANKRUPTCY COURT

cc:

Kenneth E. West, Esquire, Trustee

David M. Offen, Esquire