IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| William F Schrul | : | No.  20-11372-mdc |
| Debtor | : | |

## CERTIFICATION OF NO RESPONSE TO MOTION TO MODIFY PLAN

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.

Dated:  01/05/2024

  /s/   David M. Offen
**Attorney for Debtor (s)**
**The Curtis Center**
**601 Walnut Street, Suite 160 West**
**Philadelphia, PA  19106**
**215-625-9600**