IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| William F Schrul | : | No. 20-11372-mdc |
| Debtor | : | |

## ORDER

AND NOW, this **22nd** day of **January**, 2024, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the Debtor's confirmed plan is modified and the modified plan filed as a proposed modified plan on the docket shall be the new plan.

*Magdeline D. Coleman*

———————————————————
HONORABLE MAGDELINE M. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE