IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              : Chapter 13

William F Schrul                    : Case No. 20-11372-amc

    Debtor(s)

ANSWER TO MOTION OF RELIEF FROM THE AUTOMATIC STAY OF
M&T BANK AND CERTIFICATE OF SERVICE

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted, but the Debtor should be able to get caught up by July.
7. Denied.
8. Denied.
9. Denied.
10. No response needed.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief from Automatic Stay.

                                          /s/ David M. Offen
                                          David M. Offen Esquire
                                          Attorney for Debtor

Dated: June 20, 2024

A copy of this Answer is being served on DENISE ELIZABETH CARLON, Esquire and the Chapter 13 Trustee.

                                          /s/ David M. Offen
                                          David M. Offen Esquire
                                          Attorney for Debtor

Dated: June 20, 2024