IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  William F Schrul | ) | Chapter 13 |
|        Debtor(s) | ) | |
| | ) | 20-11372-djb |
| | ) | |
| | ) | |

CERTIFICATION OF NO RESPONSE TO
SUPPLEMENTAL APPLICATION FOR COMPENSATION OF ATTORNEY FEES

I hereby certify that I have received no Answer, Objection or other responsive pleading to the Supplemental Application for Compensation of Attorney Fees and respectfully request that the Order attached to the Application be approved.

Dated:   April 17, 2025         /s/ David M. Offen
                                David M. Offen, Esquire
                                Attorney for Debtor(s)
                                The Curtis Center
                                601 Walnut Street, Suite 160 West
                                Philadelphia, PA 19106
                                215-625-9600
                                info@offenlaw.com