```
                 IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA


         IN RE:              :       CHAPTER 13
                             :
     William F Schrul        :       No. 20-11372-DJB
            Debtor           :
```

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Supplemental Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Supplemental Counsel fees in the amount of $500.00 is allowed and shall be paid by the Chapter 13 Trustee to the extent there are funds available and consistent with the terms of the Modified Plan.

_____         _____
**DATED**                    HONORABLE DEREK J. BAKER
                             UNITED STATES BANKRUPTCY JUDGE

**Date: April 18, 2025**