United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 20-11372-djb

William F Schrul | Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 18, 2025 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + William F Schrul, 209 Cuthbert Street #305, Philadelphia, PA 19106-4531 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: ebn_ais@aisinfo.com | Apr 19 2025 01:02:05 | Goldman Sachs Bank, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2025 01:02:04 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 19 2025 01:02:17 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2025             Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor William F Schrul dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | |

District/off: 0313-2            User: admin            Page 2 of 2

Date Rcvd: Apr 18, 2025            Form ID: pdf900            Total Noticed: 4

on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:              :        CHAPTER 13
                    :
William F Schrul    :        No. 20-11372-DJB
    Debtor          :


<u>ORDER APPROVING COUNSEL FEES</u>


AND NOW, upon consideration of the attached Supplemental

Application for Approval of Counsel Fees submitted by David M.

Offen, Attorney for the Debtor, and upon notice and certification

of no objection it is hereby ORDERED that:

Supplemental Counsel fees in the amount of $500.00 is

allowed and shall be paid by the Chapter 13 Trustee to the extent

there are funds available and consistent with the terms of the

Modified Plan.


_____                _____
DATED                         HONORABLE DEREK J. BAKER
                              UNITED STATES BANKRUPTCY JUDGE

**Date: April 18, 2025**